IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER DESHAUN MONTGOMERY**                                                       **PLAINTIFF**

V.                                   CASE NO. 5:24-CV-5132

**DETECTIVE KELLY LANGE,**
Benton County Drug Unit (BCDU);
**JON HODOWAY, BCDU;**
**BLAINE MILLER, BCDU;**
**SERGEANT JOHN TYNON, BCDU;**
**ALLISHA WHITTED, McCallister's Deli/BCDU;**
**OFFICER C. JOHNSON,**
Bentonville Police Department (BPD);
**OFFICER COURY, BPD;**
**PROSEUTING ATTORNEY JOSHUA ROBINSON;**
**DEPUTY PROSECUTING ATTORNEY BROOKE BONNETT;**
**and JOSH COOKINHAM, BCDU**                                                                  **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends dismissing all claims on preservice screening. She explains in her R&R that: (1) Defendants Bonnett and Robinson are entitled to absolute immunity as prosecutors; (2) the Complaint fails to state valid claims for defamation and verbal abuse or harassment; (3) all claims against the Whitteds are subject to dismissal because they do not qualify as state actors and are not subject to suit under 42 U.S.C. § 1983; and (4) no plausible claims for relief are asserted against Detective Lange and Officers Hodoway, Miller, Tynon, Johnson, Coury, and Cookinham.

On October 16, 2024, Plaintiff Christoper Deshaun Montgomery filed an Objection to the R&R (Doc. 8), which triggered this Court's *de novo* review of the entire case file. The Court finds that the Objection simply restates the facts and claims in Montgomery's Amended Complaint and does not engage with the reasoning in the R&R.  As the Court agrees with the R&R's conclusions, the Objection is **OVERRULED**.

**IT IS ORDERED** that the R&R it is hereby **ADOPTED IN ITS ENTIRETY**. Pursuant to the provisions of 28 U.S.C. § 1915A(b), all claims are **DISMISSED** either because the Defendants are immune from suit or because Montgomery has failed to state claims upon which relief may be granted. The Clerk is directed to close the case.

**IT IS SO ORDERED** on this 16th day of October, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE